UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for Deerwood Homeowners Association, Inc.

**Order Filed on June 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| | : | |
| Kirk A. Tolliver and | : | CASE NO. 14-22899/CMG |
| Crystal E. Fedd-Tolliver | : | |
| | : | |
| Debtors | : | |
| | : | |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 26, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors: Kirk A. Tolliver and Crystal E. Fedd-Tolliver

Case No: 14-22899

Caption of Order: ORDER VACATING AUTOMATIC STAY

---

Upon consideration of Deerwood Homeowners Assocation, Inc. Certification of Default as to payments required under Order Providing for Payments to Deerwood Homeowners Association, Inc. and good cause appearing therefore, it is hereby

**ORDERED** that

1. The stay in force pursuant to Section 362 of the Bankruptcy Code be and is hereby modified to allow Deerwood Homeowners Association, Inc. to proceed directly against , Kirk A. Tolliver and Crystal E. Fedd-Tolliver to collect post petition homeowner assessments and other charges due and owing to Deerwood subsequent to the filing of this bankruptcy petition using all remedies allowed under New Jersey law including a lawsuit for a personal money judgment and execution thereon, filing an updated lien and suspension of rights to use common elements.