UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

**Order Filed on June 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Deerwood Homeowners Association, Inc.

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| | : | |
| Kirk A. Tolliver and | : | CASE NO.  14-22899/CMG |
| Crystal E. Fedd-Tolliver | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 26, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors:  Kirk A. Tolliver and Crystal E. Fedd-Tolliver

Case No: 14-22899

Caption of Order: ORDER VACATING AUTOMATIC STAY

---

Upon consideration of Deerwood Homeowners Assocation, Inc. Certification of Default as to payments required under Order Providing for Payments to Deerwood Homeowners Association, Inc. and good cause appearing therefore, it is hereby

**ORDERED** that

1. The stay in force pursuant to Section 362 of the Bankruptcy Code be and is hereby modified to allow Deerwood Homeowners Association, Inc. to proceed directly against , Kirk A. Tolliver and Crystal E. Fedd-Tolliver to collect post petition homeowner assessments and other charges due and owing to Deerwood subsequent to the filing of this bankruptcy petition using all remedies allowed under New Jersey law including a lawsuit for a personal money judgment and execution thereon, filing an updated lien and suspension of rights to use common elements.

United States Bankruptcy Court
District of New Jersey

In re:  
Kirk A. Tolliver  
Crystal E. Fedd-Tolliver  
    Debtors

Case No. 14-22899-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2020  
                               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db/jdb         +Kirk A. Tolliver,    Crystal E. Fedd-Tolliver,    37 Cypress Point Road,    Mount Holly, NJ 08060-4745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

         Albert  Russo    docs@russotrustee.com  
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Brian E Caine    on behalf of Creditor   Mt. Holly MUA bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Brian E Caine    on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS capacity but solely as Trustee for the NRZ PASS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jason Brett Schwartz    on behalf of Creditor   Wollemi Acquisitions, LLC jschwartz@mesterschwartz.com  
         John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor   Gateway One Lending & Finance ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Joseph M. Shapiro    on behalf of Attorney   Middlebrooks Shapiro, P.C. jshapiro@middlebrooksshapiro.com  
         Marcia Y. Phillips    on behalf of Debtor Kirk A. Tolliver theladyjustice@outlook.com, theladyjustice.phillips@gmail.com  
         Marcia Y. Phillips    on behalf of Joint Debtor Crystal E. Fedd-Tolliver theladyjustice@outlook.com, theladyjustice.phillips@gmail.com  
         Nona  Ostrove    on behalf of Creditor   Deerwood Homeowners Association nostrove@ostrovelaw.com

                                                                                                        TOTAL: 13