Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14−22899−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kirk A. Tolliver                                     Crystal E. Fedd−Tolliver
37 Cypress Point Road                                37 Cypress Point Road
Mount Holly, NJ 08060                                Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−7910                                       xxx−xx−3332

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after September 17, 2020 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 18, 2020
JAN: mjb

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 14-22899-CMG
Kirk A. Tolliver                                    Chapter 13
Crystal E. Fedd-Tolliver
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: Aug 18, 2020
                              Form ID: clsnodsc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db/jdb         +Kirk A. Tolliver,   Crystal E. Fedd-Tolliver,   37 Cypress Point Road,
                Mount Holly, NJ 08060-4745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian E Caine    on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor   Mt. Holly MUA bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the NRZ PASS capacity but solely as Trustee for the NRZ PASS
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Wollemi Acquisitions, LLC
               jschwartz@mesterschwartz.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Gateway One Lending & Finance
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph M. Shapiro    on behalf of Attorney   Middlebrooks Shapiro, P.C.
               jshapiro@middlebrooksshapiro.com
              Marcia Y. Phillips    on behalf of Debtor Kirk A. Tolliver theladyjustice@outlook.com,
               theladyjustice.phillips@gmail.com
              Marcia Y. Phillips    on behalf of Joint Debtor Crystal E. Fedd-Tolliver
               theladyjustice@outlook.com,  theladyjustice.phillips@gmail.com
              Nona   Ostrove    on behalf of Creditor   Deerwood Homeowners Association nostrove@ostrovelaw.com
                                                                                              TOTAL: 13