**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kirk A. Tolliver |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | Crystal E. Fedd–Tolliver |
| | First Name    Middle Name    Last Name |

Social Security number or ITIN    xxx–xx–7910
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    xxx–xx–3332
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:    14–22899–CMG

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kirk A. Tolliver                    Crystal E. Fedd–Tolliver

9/14/20                    **By the court:** Christine M. Gravelle
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-22899-CMG
Kirk A. Tolliver                                                        Chapter 13
Crystal E. Fedd-Tolliver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5           Date Rcvd: Sep 14, 2020
                              Form ID: 3180W           Total Noticed: 157

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.

```
db/jdb       +Kirk A. Tolliver,    Crystal E. Fedd-Tolliver,    37 Cypress Point Road,
              Mount Holly, NJ 08060-4745
aty          +Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    Springfield, NJ 07081-3437
514875419     APEX Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
514875422    +AT&T Mobility,    PO Box 1954,    Southgate, MI 48195-0954
514875417     Allied Intersate,    P.O. Box 1954,    Southgate, MI 48195-0954
514918339    +Atlas Acquisitions LLC on behalf of,    Oliphant Financial, LLC,    2601 Cattlemen Road,
              Sarasota, FL 34232-6235
514875461    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,    Processing Center,
              Des Moines, IA 50364-0500)
514875438     CPS Security,    PO Box 7824088,    San Antonio, TX 78278
514875430    +Checks Unlimited,    PO Box 17400,    Colorado Springs, CO 80935-7400
518909137     Citibank, N.A., not in its individual capacity but,    c/o NewRez LLC dba Shellpoint Mortgage S,
              P.O. Box 10826,    Greenville, SC 29603-0826
518909138    +Citibank, N.A., not in its individual capacity but,    c/o NewRez LLC dba Shellpoint Mortgage S,
              P.O. Box 10826,    Greenville, SC 29603-0826,    Citibank, N.A., not in its individual ca,
              c/o NewRez LLC dba Shellpoint Mortgage S 29603-082
514875432    +Citibank/Exxonmobil,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514875433     City of Newark/ Water,    PO Box 538,    Newark, NJ 07101-0538
514875435    +Colorado Capital,    c/o Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
515125089    +Cooper University Physician,    Convergent Healthcare Recoveries,    PO Box 1289,
              Peoria, IL 61654-1289
514875436     Cooper University Physicians,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
514875440    +Credit Control, LLC,    PO Box 488,    Hazelwood, MO 63042-0488
515096826    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
              PO Box 10390,    Greenville, SC 29603-0390)
515046401    +Deerwood Homeowner's Association,    c/o Douglas A. Ken t, Esq., Becker Meise,
              354 Eisenhower Parkway, Suite 1500,    Livingston, NJ 07039-1023
515046402    +Deerwood Homeowner's Association,    c/o Douglas A. Kent, Esq., Becker Meisel,
              354 Eisenhower Parkway, Suite 1500,    Livingston, NJ 07039-1023
514875442     Deerwood Homeowners Association,    2215 Old Marlton Pike,    Marlton, NJ 08053
514875443     Delaware Department of Transportation,    Delaware E-ZPass Violations Center,    PO Box 697,
              Dover, DE 19903-0697
514875445     Diagnostic Pathology Consultants,    520 E. 22nd Street,    Lombard, IL 60148-6110
514875447    +EMA Recovery Services, Inc,    PO Box 3129,    Secaucus, NJ 07096-3129
514949017     EMERG PHYS SVCS OF NJ P.A.,    PO Box 1109,    Minneapolis, MN 55440-1109
514875446    +Ella Kerzhner DMD, PC,    811 Woodlane Road,    Mount Holly, NJ 08060-1049
514875448     Emerg Phys Svcs of NJ P.A.,    PO Box 740021,    Cincinnati, OH 45274-0021
515125473    +Essex Division Telephone Federal Credit Union,    229 Broad St,    PO Box 610,
              Red Bank, New Jersey 07701-0610
514875452    +FMS Inc,    4915 South Union Ave,    Tulsa, OK 74107-7839
514875457    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree Servicing,    PO Box 94710,    Palatine, IL 60094-4710)
514875463    +HSBC/Orchard Bank,    c/o J.C. Christiansen and Associates, In,    PO Box 519,
              Sauk Rapids, MN 56379-0519
514875458     Hand Surgery Rehabilitation Center,    500 Sagemore Drive,    Suite 103,    Marlton, NJ 08053
514875459    +Heartland Rehab,    Dept L 3282,    Columbus, OH 43260-0001
514875460     Heights Imaging Associates, PA,    27085 Network Place,    Chicago, IL 60673-1470
514875462    +Household Bank (SB) NA,    c/o Arrow Financial Services LLC,    21031 Network Place,
              Chicago, IL 60678-0001
514875465     IDepartment of the Treasury,    Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
514875466    ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
             (address filed with court: JC Christensen and Associates, Inc.,    PO Box 519,
              Sauk Rapids, MN 56379)
514875467    +Keystone Financial Services,    1913 Atlantic Ave,    Manasquan, NJ 08736-1029
514875468     Laboratory Corporation of,    America Holdings,    P.O. Box 2240,    Burlington, NC 27216-2240
514875469    +Law Offices of Mitchell N. Kay, P.C.,    90 Main Street #308,    Hackensack, NJ 07601-7128
514875471     Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
514875472    +Lourdes Medical Center,    PO Box 3129,    Secaucus, NJ 07096-3129
514875476    +Management Services, Inc,    P.O. Box 1099,    Langhorne, PA 19047-6099
514875477    +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
514875480    +Midland Funding, LLC,    c/o Pressler and Pressler, LLP,    7 Entin Road,
              Parsippany, NJ 07054-5020
514875481    +Mount Holly Family Dentistry,    362 Ridgeway Street,    Mount Holly, NJ 08060-1447
514875483     Mt. Holly Municipal Utilities Auth.,    29-37 Washington Street,    PO Box 486,
              Mount Holly, NJ 08060-0486
514875484    +My Alarm Center,    3803 West Chester Pike, Suite 100,    Newtown Square, PA 19073-2334
514875486    +Nationwide Credit, Inc.,    PO Box 740624,    Atlanta, GA 30374-0624
514875491     New Jersey American Water,    P.O. Box 371476,    Pittsburgh, PA 15250-7476
```

```
District/off: 0312-3              User: admin              Page 2 of 5              Date Rcvd: Sep 14, 2020
                                  Form ID: 3180W           Total Noticed: 157


514875492      New York State Department,   of Taxation and Finance,   Bankruptcy Section,   P.O. Box 5300,
                Albany, NY 12205-0300
514875493     +New York State Department,   of Taxation and Finance,   Bankruptcy Unit,   Po Box 5300,
                Albany, NY 12205-0300
514875494      New York State Department of,   Taxation and Finance,   Civil Enforcement-Coll Vendr Suprt Unit,
                PO Box 5290,   Albany, NY 12205-0290
514875499     +Northland Group Inc.,   PO Box 390905,   Minneapolis, MN 55439-0905
514875500     +Northland Group, Inc.,   P.O. Box 390846,   Edina, MN 55439-0846
514875501     +Northstar Location Services,LLC,   Attn: Financial Services Dept.,   4285 Genesee Street,
                Buffalo, NY 14225-1943
514875502     +Ocean Perioperative Cons,   PO Box 366,   Manasquan, NJ 08736-0366
514875505     +PNC Bank, NA,   Mailstop: P5-PCLC-A2-R,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
514875508      PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
515011173     +Philips Fine Cars LLC,   G&E MOTORS, LLC,   451 E. LINCOLN HIGHWAY,   LANGHORNE, PA 19047-4010
514875503     +Philips Fine Cars LLC,   c/o Robert A. Del Sordo, Esq.,   322 W. Clements Bridge Road,
                Runnemede, NJ 08078-1914
514875506     +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
514875507      Professional Account Management, LLC,   PO Box 37038,   Washington, DC 20013-7038
514875510     +QVC,   PO Box 740624,   Atlanta, GA 30374-0624
514875509      Quest Diagnostics,   PO Box 740775,   Cincinnati, OH 45274-0775
514875517     +RJM ACQ LLC,   575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
514875511      Radiology Associates of Burlington Cty,   PO Box 447,   Hainesport, NJ 08036-0447
514875512     +Record Reproduction Services,   600 N. Jackson Street, Suite 104,   Media, PA 19063-2561
514875515      Retail Services,   Att: My Best Buy Credit Card,   POB 790441,   St Louis, MO  63179-0441
514875497    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  NJ Division of Taxation,   Bankruptcy Section,   PO Box 245,
                Trenton, NJ 08695-0245)
514875519     +Santander Consumer USA,   PO Box 10522,   Atlanta, GA 30310-0522
518754189      SantanderConsumerUSA Inc,   successor in interest to Gateway,One,
                Lending&Finance,LLC(Gateway),   P.O. Box 560284 Dallas, TX 75356
518754190      SantanderConsumerUSA Inc,   successor in interest to Gateway,One,
                Lending&Finance,LLC(Gateway),   P.O. Box 560284 Dallas, TX 75356,   SantanderConsumerUSA Inc,
                successor in interest to Gateway,One
514875520     +Sears,   726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
514875522     +Shop HQ,   6740 Shady Oak Road,   Eden Prairie, MN 55344-3433
514875523      South Jersey Emergency Physicialn,   PO Box 416052,   Boston, MA 02241-6052
514875524      State of New Jersey,   Department of Labor and Workforce Devel,
                Division of Revenue Processing,   P.O. Box 951,   Trenton, NJ 08625-0951
514893981     +TD BANK USA, N.A.,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514875528      Target Property Management,   2215 Old Marlton Pike East,   Marlton, NJ 08053
514875530     +Township of Westampton,   County of Burlington,   710 Rancocas Road,
                Mount Holly, NJ 08060-5642
514875531     +Trenton Orthopaedic Group, PA,   PO Box 8500-52173,   Philadelphia, PA 19178-0001
514875532     +Trojan Professional Services, Inc.,   PO Box 1270,   Los Alamitos, CA 90720-1270
518301766     +U.S. Bank National Association, not in its individ,   P.O. Box 10826,
                Greenville, SC 29603-0826
518301767     +U.S. Bank National Association, not in its individ,   P.O. Box 10826,
                Greenville, SC  29603-0675,   U.S. Bank National Association, not in i,   P.O. Box 10826,
                Greenville, SC 29603-0826
514875534      Violations Processing Center,   PO Box 15186,   Albany, NY 12212-5186
515114478      Wells Fargo Bank,   Overdraft Recovery,   P.O. Box 50014,   Roanoke, VA 24040-0014
514875536      Windham Professionals, Inc.,   PO Box 1048,   Salem, NH 03079-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2020 23:39:46     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2020 23:39:44     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: ebnnotifications@creditacceptance.com Sep 14 2020 23:38:59
                Credit Acceptance Corporation,   25505 W. 12 Mile Road,   Southfield, MI  48034-1846
cr            +EDI: DRIV.COM Sep 15 2020 03:08:00      Santander Consumer USA Inc.,   P.O. Box 562088,
                Suite 900 North,   Dallas, TX 75356-2088
514875415     +EDI: AFNIRECOVERY.COM Sep 15 2020 03:08:00      AFNI,   P.O. Box 3427,
                Bloomington, IL 61702-3427
514888504      EDI: GMACFS.COM Sep 15 2020 03:03:00      Ally Financial serviced by Ally Servicing LLC,
                PO Box 130424,   Roseville, MN 55113-0004
514875418     +EDI: AMEREXPR.COM Sep 15 2020 03:08:00      American Express,   PO Box 650448,
                Dallas, TX 75265-0448
514903458      EDI: AIS.COM Sep 15 2020 03:08:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
516128442     +EDI: AISACG.COM Sep 15 2020 03:08:00      Ascension Capital Group,
                Attn: Wollemi Acquisitions, LLC Dept,   P.O. Box 165028,   Irving, TX 75016-5028
514875420      EDI: ACCE.COM Sep 15 2020 03:08:00      Asset Acceptance, LLC,   P.O. Box 2036,
                Warren, MI 48090-2036
514875421      EDI: ARSN.COM Sep 15 2020 03:08:00      Associated Recovery Systems,   P.O. Box 469046,
                Escondido, CA 92046-9046
```

```
District/off: 0312-3              User: admin               Page 3 of 5              Date Rcvd: Sep 14, 2020
                                  Form ID: 3180W            Total Noticed: 157


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514917377      +EDI: Q3G.COM Sep 15 2020 03:08:00      Atlas Acquisitions LLC,
                 on behalf of Oliphant Financial, LLC,    PO Box 788,    Kirkland, WA 98083-0788
515094304       EDI: WFFC.COM Sep 15 2020 03:08:00      Bank of America, N.A.,    Attn: Payment Processing,
                 P.O. Box 660933,    Dallas, TX 75266-0933
514875423      +EDI: BANKAMER.COM Sep 15 2020 03:03:00      Bank of America, NA,    PO Box 15222,
                 Wilmington, DE 19886-5222
515096710      +EDI: BANKAMER.COM Sep 15 2020 03:03:00      Bank of America, NA,    Mail Stop TX2-982-03-03,
                 7105 Corporate Drive PTX-B-209,    Plano, TX 75024-4100
514875425      +EDI: TSYS2.COM Sep 15 2020 03:03:00      Bloomingdales,    Department Stores National Bank,
                 P.O. Box 8066,    Mason, OH 45040-8066
514875426       E-mail/Text: info@chcollects.com Sep 14 2020 23:40:19      C&H Collections,    PO Box 1399,
                 Merchantville, NJ 08109-0399
514875428       EDI: CAPITALONE.COM Sep 15 2020 03:08:00      Capital One - Bankruptcy Department,
                 P.O. Box 5155,    Norcross, GA 30091
514875427      +E-mail/Text: cms-bk@cms-collect.com Sep 14 2020 23:39:24      Capital Management Services, Inc,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
514875429      +EDI: CAPITALONE.COM Sep 15 2020 03:08:00      Capital One Services, LLC,    PO Box 70886,
                 Charlotte, NC 28272-0886
514875431      +EDI: ACCE.COM Sep 15 2020 03:08:00      Christopher I. Moylan, Esq.,    Thomas M. Murtha, Esq.,
                 15 E. Centre Street,    P.O. Box 771,    Woodbury, NJ 08096-7771
514876580      +E-mail/Text: ebnnotifications@creditacceptance.com Sep 14 2020 23:38:59      Credit Acceptance,
                 25505 W 12 Mile Rd #3000,    Southfield MI 48034-8331
514875439      +E-mail/Text: ebnnotifications@creditacceptance.com Sep 14 2020 23:38:59
                 Credit Acceptance Corp,    P.O. Box 513,    Southfield, MI 48037-0513
514875441       E-mail/PDF: creditonebknotifications@resurgent.com Sep 14 2020 23:40:44      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
514875444       E-mail/PDF: DellBKNotifications@resurgent.com Sep 14 2020 23:41:42      Dell Preferred Account,
                 Payment Processing Center,    P.O. Box 6403,    Carol Stream, IL 60197-5292
514875449      +E-mail/Text: laura@redbanklaw.com Sep 14 2020 23:39:01      Essex Division Telephone FCU,
                 c/o McKenna, DuPont, Higgins & Stone,    PO Box 610,    Red Bank, NJ 07701-0610
514875450       EDI: AMINFOFP.COM Sep 15 2020 03:08:00      First Premier Bank,    P.O. Box 5524,
                 Sioux Falls, SD 57117-5524
514875451       EDI: AMINFOFP.COM Sep 15 2020 03:08:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
514875453      +E-mail/Text: Banko@frontlineas.com Sep 14 2020 23:40:20      Frontline Asset Strategies, LLC,
                 1935 West County Road B2,    Suite 425,    Roseville, MN 55113-2795
514875454       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 14 2020 23:38:50
                 Gateway One Lending & Finance,    PO Box 650004,    Dallas, TX 75265-0004
514882232       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 14 2020 23:38:50
                 Gateway One Lending & Finance, LLC,    160 N. Riverview Drive, Ste 100,    Anaheim, CA 92808
514875455       E-mail/Text: CMG.GCS.BKP@gcserv.com Sep 14 2020 23:38:56      GC Services Limited Partnership,
                 6330 Gulfton,    Houston, TX 77081
514875456       EDI: RMSC.COM Sep 15 2020 03:03:00      GECRB/jcp,    PO Box 960090,    Orlando, FL 32896-0090
514875464      +EDI: IIC9.COM Sep 15 2020 03:08:00      IC Systems, Inc.,    POB 64378,
                 Saint Paul, MN 55164-0378
514909745       EDI: JEFFERSONCAP.COM Sep 15 2020 03:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
514875535       EDI: JPMORGANCHASE Sep 15 2020 03:03:00      Washington Mutual Card Services,    P.O. Box 660487,
                 Dallas, TX 75266-0487
514875474      +EDI: LTDFINANCIAL.COM Sep 15 2020 03:08:00      LTD Financial Services,    7322 SW Freeway,
                 Suite 1600,    Houston, TX 77074-2134
515106755       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2020 23:41:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514875470      +E-mail/Text: bankruptcy@affglo.com Sep 14 2020 23:39:46      Leading Edge Recovery Solutions,
                 PO Box 129,    Linden, MI 48451-0129
514875473       EDI: RMSC.COM Sep 15 2020 03:03:00      Lowe’s,    P.O. Box 530914,    Atlanta, GA 30353-0914
514875475      +EDI: TSYS2.COM Sep 15 2020 03:03:00      Macy’s,    PO Box 183083,    Columbus, OH 43218-3083
514875478      +EDI: MID8.COM Sep 15 2020 03:08:00      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
514875479      +EDI: MID8.COM Sep 15 2020 03:08:00      Midland Credit Management, Inc.,    Dept 12421,
                 PO Box 603,    Oaks, PA 19456-0603
514875482       E-mail/Text: maureen@MHMUA.COM Sep 14 2020 23:40:23
                 Mount Holly Municipal Utilities Authority,    29-37 Washington Street,    PO BOX 486,
                 Mount Holly, NJ 08060-0486
516127209      +EDI: AISACG.COM Sep 15 2020 03:08:00      NCEP, LLC,    c/o Ascension Capital Group,
                 4515 N Santa Fe Ave,    Dept APS,    Oklahoma City, OK 73118-7901
514875487       E-mail/Text: egssupportservices@alorica.com Sep 14 2020 23:39:51      NCO Financial Capital,
                 507 Prudential Road,    Horsham, PA 19044-2308
514875488      +E-mail/Text: bankruptcydepartment@tsico.com Sep 14 2020 23:40:10
                 NCO Financial Systems, Inc.,    P.O. Box 15273,    Wilmington, DE 19850-5273
514875489       E-mail/Text: bankruptcydepartment@tsico.com Sep 14 2020 23:40:10
                 NCO Financial Systems, Inc.,    P.O. Box 15889,    Dept. 99,    Wilmington, DE 19850-5889
514875490      +E-mail/Text: bankruptcydepartment@tsico.com Sep 14 2020 23:40:10
                 NCO Financial Systems, Inc.-KGPORT,    P.O. Box 15273,    Wilmington, DE 19850-5273
514934345      +E-mail/Text: csc.bankruptcy@amwater.com Sep 14 2020 23:40:15      New Jersey American Water,
                 POB 578,    Alton, IL 62002-0578
```

```
District/off: 0312-3                  User: admin                    Page 4 of 5                  Date Rcvd: Sep 14, 2020
                                      Form ID: 3180W                 Total Noticed: 157


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514875495          E-mail/Text: ebn@rwjbh.org Sep 14 2020 23:40:02      Newark Beth Israel Medical Center,
                    P.O. Box 29951,    New York, NY 10087-9951
514875498         +E-mail/Text: bnc@nordstrom.com Sep 14 2020 23:39:11      Nordstrom FSB,   PO Box 6566,
                    Englewood, CO 80155-6566
518059493         +EDI: Q3G.COM Sep 15 2020 03:08:00      Oliphant Financial LLC,   POB 788,
                    Kirkland, WA 98083-0788
515056513          EDI: PRA.COM Sep 15 2020 03:08:00      Portfolio Recovery Associates, LLC,
                    c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
515072846          EDI: PRA.COM Sep 15 2020 03:08:00      Portfolio Recovery Associates, LLC,
                    c/o Jc Penney Credit Card,    POB 41067,   Norfolk VA 23541
515066971         +E-mail/Text: bankruptcy@pseg.com Sep 14 2020 23:38:51      PSE&G,   Attn: Bankruptcy Dept,
                    PO Box 490,   Cranford NJ 07016-0490
514875504         +EDI: PINNACLE.COM Sep 15 2020 03:03:00      Pinnacle Financial Group,
                    7825 Washington Avenue South,    Suite 310,   Minneapolis, MN 55439-2424
515036512         +E-mail/Text: csidl@sbcglobal.net Sep 14 2020 23:40:02      Premier Bankcard/Charter,
                    PO Box 2208,   Vacaville, CA 95696-8208
514894809          EDI: Q3G.COM Sep 15 2020 03:08:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                    PO Box 788,   Kirkland, WA 98083-0788
514875516         +E-mail/Text: bk@rgsfinancial.com Sep 14 2020 23:38:56      RGS Financial,   PO Box 852039,
                    Richardson, TX 75085-2039
514875513          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2020 23:41:13
                    Resurgent Capital Services,    PO Box 10390,   Greenville, SC 29603-0390
514875514         +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2020 23:41:13
                    Resurgent Capital Services LP,    P.O. Box 10587,   Greenville, SC 29603-0587
514960429          EDI: NEXTEL.COM Sep 15 2020 03:08:00      Sprint,   Attn Bankruptcy Dept,   PO Box 7949,
                    Overland Park KS 66207-0949
514875518         +E-mail/Text: CollectionsCompliance@firstdata.com Sep 14 2020 23:40:24      Sams Club,
                    c/o TRS Recovery Services, Inc,    PO Box 173809,   Denver, CO 80217-3809
514902725          EDI: DRIV.COM Sep 15 2020 03:08:00      Santander Consumer USA,   P.O. Box 560284,
                    Dallas, TX 75356-0284
514903081         +EDI: DRIV.COM Sep 15 2020 03:08:00      Santander Consumer USA Inc,   P.O. Box 961245,
                    Fort Worth, TX 76161-0244
514875521         +EDI: SEARS.COM Sep 15 2020 03:08:00      Sears Credit Cards,   PO Box 183082,
                    Columbus, OH 43218-3082
514875525          EDI: AISTMBL.COM Sep 15 2020 03:03:00      T-Mobile,   P.O. Box 742596,
                    Cincinnati, OH 45274-2596
514875527          EDI: WTRRNBANK.COM Sep 15 2020 03:08:00      Target Card Services,   P.O. Box 660170,
                    Dallas, TX 75266-0170
516138012          EDI: AISACG.COM Sep 15 2020 03:08:00      Wollemi Acquisitions, LLC by AIS Data Services, LP,
                    PO Box 4138,   Houston, TX 77210-4138
                                                                                              TOTAL: 70

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ++GATEWAY ONE LENDING & FINANCE   LLC,   175 N RIVERVIEW DRIVE,   ANAHEIM CA 92808-1225
                  (address filed with court: Gateway One Lending & Finance,   160 N. Riverview Drive, Suite 100,
                    Anaheim, CA  92808)
514875414*        Accounts Receivable Management, Inc.,    PO Box 129,   Thorofare, NJ 08086-0129
514875434*       +City of Newark/Water,    PO Box 538,   Newark, NJ 07101-0538
514875496*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: NJ Division of Taxation,    Judgment Section-A,   PO Box 245,
                    Trenton, NJ 08695-0245)
514999154*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State Of New Jersey,    Division Of Taxation,   Bankruptcy Section,
                    PO Box 245,   Trenton, NJ 08695-0245)
514875526*      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
                  (address filed with court: T-Mobile,    PO Box 742596,   Cincinnati, OH 45274-2596)
514875413        ##+Accounts Receivable Management, Inc.,    PO Box 129,   Thorofare, NJ 08086-0129
514875416        ##+Alliance One Receivable Management, Inc.,    P.O. Box 2449,   Gig Harbor, WA 98335-4449
514875424        ##+Becker Meisel, LLC,   woodland Falls Corporate Center,   220 Lake Drive East, Suite 102,
                    Cherry Hill, NJ 08002-1165
514875437        ##+Covergent Healthcare Recoveries, Inc.,    124 SW Adams St,   Peoria, IL 61602-1320
514875485        ##Nationwide Credit, Inc,    P.O. Box 26314,   Lehigh Valley, PA 18002-6314
514875529        ##Tate & Kirlin Associates,    2810 Southhampton Road,   Philadelphia, PA 19154-1207
514875533        ##+Vantium Capital Inc.,   Att: ClearSpring Loan Services,   18451 N Dallas Parkway,   Ste 100,
                    Dallas, TX 75287-5209
                                                                                              TOTALS: 0, * 6, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 5 of 5           Date Rcvd: Sep 14, 2020
                              Form ID: 3180W           Total Noticed: 157
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian E Caine     on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    Mt. Holly MUA bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the NRZ PASS capacity but solely as Trustee for the NRZ PASS
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor   Wollemi Acquisitions, LLC
           jschwartz@mesterschwartz.com
          John R. Morton, Jr.   on behalf of Creditor    Gateway One Lending & Finance
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Joseph M. Shapiro    on behalf of Attorney    Middlebrooks Shapiro, P.C.
           jshapiro@middlebrooksshapiro.com
          Marcia Y. Phillips    on behalf of Debtor Kirk A. Tolliver theladyjustice@outlook.com,
           theladyjustice.phillips@gmail.com
          Marcia Y. Phillips    on behalf of Joint Debtor Crystal E. Fedd-Tolliver
           theladyjustice@outlook.com,   theladyjustice.phillips@gmail.com
          Nona  Ostrove   on behalf of Creditor    Deerwood Homeowners Association nostrove@ostrovelaw.com
                                                                                              TOTAL: 13
```