Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 14−22899−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kirk A. Tolliver | Crystal E. Fedd−Tolliver |
| 37 Cypress Point Road | 37 Cypress Point Road |
| Mount Holly, NJ 08060 | Mount Holly, NJ 08060 |

Social Security No.:
  xxx−xx−7910                                         xxx−xx−3332

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 16, 2020                     Christine M. Gravelle
                                                Judge, United States Bankruptcy Court